UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 2:07-CR-20101 |
| VERSUS | JUDGE JAMES |
| LAWRENCE HUMPHREY | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Humphrey's § 2255 motion (Doc. 168) is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Humphrey's Motion for Discovery (Doc. 169) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana on this 4th day of September, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE